IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH B. KAUFMANN, | ) | 8:12CV185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF OMAHA, NEBRASKA, | ) | |
| and COUNTY OF DOUGLAS, | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's filed a Motion for Recusal. (Filing No. 20.) The court has carefully reviewed Plaintiff's Motion. In accordance with 28 U.S.C. § 455(a), the court finds that there is nothing indicating that the undersigned judge's "impartiality might reasonably be questioned" or that there is any other basis for recusal or reassignment in this matter. Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Recusal (filing no. 20) is denied.

DATED this 13th day of February, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge