IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH B. KAUFMANN, Pro Se, | ) | 8:12CV185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF OMAHA, NEBRASKA, | ) | |
| and COUNTY OF DOUGLAS, | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Change of Venue. (Filing No. 22.) The court dismissed this matter and entered Judgment against Plaintiff on November 27, 2012. (Filing Nos. 18 and 19.) Therefore, Plaintiff's Motion for Change of Venue is denied as moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Change of Venue (filing no. 22) is denied as moot.

DATED this 12th day of March, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.